IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALI YILDIZ,

      Petitioner,

v.                                                                                No. 2:26-cv-00178-KG-DLM

WARDEN OF OTERO COUNTY
PROCESSING CENTER,

      Respondent.

## ORDER TO ANSWER

Petitioner Ali Yildiz filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241

on January 28, 2026.  Doc. 2.  The Court orders Respondents to file an answer within 10

business days of service of the petition.  The Clerk shall send a courtesy copy of this Order and

the Petition to the U.S. Attorney's Office at the following email address:

USANM.Civil.Immigration@usdoj.gov.

                                    /s/Kenneth J. Gonzales
                                    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.