IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALI YILDIZ,

      Petitioner,

v.                                     No. 2:26-cv-00178-KG-DLM

WARDEN OF OTERO COUNTY
PROCESSING CENTER,

      Respondent.

## ORDER DISMISSING PETITION WITH LEAVE TO AMEND

This matter is before the Court on the Government's motion to dismiss for failure to name the correct parties, Doc. 4. Petitioner responded to the motion, Doc. 7, on February 17, 2026.

Petitioner failed to name any federal government actor as a party to this suit, naming only the warden of Otero County Processing Center as a respondent. *See* Doc. 2 at 1. Because the "warden is not a federal employee" and "the warden does not have authority to release Petitioner," the Petition is improper. Doc. 4 at 1; *see generally* 28 U.S.C. § 2242 (Petition must allege name of person who has custody over him "and by virtue of what claim or authority.").

The Government's motion to dismiss, Doc. 4, is granted. Petitioner may amend within 10 days of this order. *See* Fed. R. Civ. P. 15(a)(2); *see also* 28 U.S.C. § 2242 ("It may be amended or supplemented as provided in the rules of procedure applicable to civil actions.").

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.